

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Aaron Jimmie Urban          3515228
Anu Inc.

(Enter above the full name of the plaintiff    (Inmate Reg. # of each Plaintiff)
or plaintiffs in this action).

**VERSUS**                   CIVIL ACTION NO. 2:25-cv-00195
                             (Number to be assigned by Court)

Public Defenders Corporation
John Sullivan
Zoe Shaver

(Enter above the full name of the defendant
or defendants in this action)

## COMPLAINT

I.   **Previous Lawsuits**

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        Yes ✓        No _____

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: Aaron Jimmie Urban

   Defendants: Achuta Aynampudi MD
   Sharee Gruber
   Pat Ryan CEO Et Al.

2. Court (if federal court, name the district; if state court, name the county);

   Northern District Court
   Wheeling WV.

3. Docket Number: 5:24-CV-153

4. Name of judge to whom case was assigned:

   Judge Bailey

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   Dismissed Without Prejudice

6. Approximate date of filing lawsuit: August 7, 2024

7. Approximate date of disposition: December 16, 2024

2

II.  **Place of Present Confinement:** South Central Regional Jail

   A. Is there a prisoner grievance procedure in this institution?

   Yes ✓      No ____

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes ✓      No ____

   C. If you answer is YES:

   1. What steps did you take? Filed grievances Filed motions pro'se and writs

   2. What was the result? No answer

   D. If your answer is NO, explain why not: _____

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A. Name of Plaintiff: Aaron Jimmie Urban

   Address: 1001 Centre Way Charleston WV 25309

   B. Additional Plaintiff(s) and Address(es): _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: __John Sullivan__

   is employed as: __Public Defender/Deputy Chief__

   at __Public Defender Corporation__

D. Additional defendants: __Zoe Shaver__

## IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

From the date of July 19, 2023 until current date John Sullivan has violated my right to effective counsel, speedy trial, self representation, special appearance and allowed cruel and unusual punishment by filing motions without my permission or knowledge to administer psychological evaluations

4

(Attachment to Statement of Claim)

Throughout my 22 months of incarceration Mr. Sullivan has violated my rights under the "Brady Law" by not calling witness on my behalf or doing any investigation or providing anything favorable to my defense. Between the dates of July 19, 2024 until current Mr. Sullivan has ignored all requests and continued to allow the courts to "railroad" me on all substanial rights denying me a fair and speedy trial. Mr. Sullivan has allowed me to be detained 22 months on a counterfict, forged indictment in which I was not summons to answer. This is uncostitutional and beyond the statutory "2 term and 3 term rule in WV criminal proccedure.

IV. **Statement of Claim (continued):**

and not recusing himself from my case after requesting he be removed in court and by notifying Zoe Shaver that I did not want his representation. Mr. Sullivans lucrative activities and inaction has left me incarcerated 22 months without due process and courts will not hear my pro'se arguments. Public defenders are staying on my case to gain money not for legal pedspectives.

V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want $999,000.00 Dollars for pain and suffering, mental anguishment, loss of wages and wrongful imprisonment. This includes also I want a bond issued on my pending Habras Corpus so I can effectively represent myself or seek other counsel, to resolve my pending state litigation case # 25-CV-34

5

V.  Relief (continued)):

_____
_____
_____
_____
_____

VII. Counsel

    A.  If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

    B.  Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____   No ✓

If so, state the name(s) and address(es) of each lawyer contacted:

_____
_____

If not, state your reasons: _I don't know a attorney who handles civil rights cases._

    C.  Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____   No ✓

If so, state the lawyer's name and address:

_____

_____

Signed this __18__ day of __March__, 20_25_.

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __3/18/25_____.
              (Date)

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7